NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MELISSA LUSBY,                      )
                                    )
            Appellant,              )
                                    )
v.                                  )            Case No. 2D18-388
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____ )

Opinion filed June 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Highlands County; Peter F. Estrada,
Judge.

Melissa Lusby, pro se.

PER CURIAM.

            Affirmed.

KHOUZAM, MORRIS, and ATKINSON, JJ., Concur.